ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ANGELICA MARIE ROMO

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.:  1:23-CR-00014-NONE-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |
| v. | |
| ANGELICA MARIE ROMO, | Date: November 13, 2024<br>Time: 1:00 p.m.<br>Hon. Barba A. McAuliffe |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSITANT UNITED STATES ATTORNEY:

Defendant, Angelica Maria Romo by and through her Attorney, Anthony P. Capozzi, and the United States of American, by and through the Assistant Untied States Attorney, Stephanie M. Stokman, stipulate that the status conference date of November 13, 2024, be moved to January 8, 2025.  The parties agree that time under the Speedy Trial Act shall be excluded through January 8, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties will further agree that the ends of justice served by taking this action outweighs the best interest of the public and of the defendant to speedy trial.

Dated: November 5, 2024,                 By: */s/ Anthony P. Capozzi*_____
                                              ANTHONY P. CAPOZZI, Attorney for
                                              ANGELICA MARIE ROMO

Dated:  November 5, 2024,         By: /s/ Stephanie M. Stokman
                                      STEPHANIE M. STOKMAN, Assistant United
                                      States Attorney

## ORDER

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for November 13, 2024, at 1:00 p.m. is continued until **January 8, 2025, at 1:00 p.m. before the Honorable McAuliffe**.  The period through January 8, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **November 6, 2024**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE