ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ANGELICA MARIE ROMO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.:   1:23-CR-00014-NONE-BAM |
| Plaintiff, ) | **STIPULATION AND ORDER TO VACATE THE STATUS CONFERENCE** |
| v. ) | |
| ANGELICA MARIE ROMO, ) | Date: January 8, 2025<br>Time: 1:00 p.m.<br>Hon. Barba A. McAuliffe |
| Defendant. ) | |

TO THE HONORABLE COURT AND TO THE ASSITANT UNITED STATES ATTORNEY:

Defendant, Angelica Maria Romo by and through her Attorney, Anthony P. Capozzi, and the United States of American, by and through the Assistant United States Attorney, Stephanie M. Stokman, stipulate that the Plea Agreement having been filed on December 23, 2024, the status conference date of January 8, 2025, be vacated and that a change of plea be set for March 17, 2025. The parties agree that time under the Speedy Trial Act shall be excluded through March 17, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties will further agree that the ends of justice served by taking this action outweighs the best interest of the public and of the defendant to speedy trial.

Dated: December 23, 2024,            By: */s/ Anthony P. Capozzi*_____
                                     ANTHONY P. CAPOZZI, Attorney for
                                     ANGELICA MARIE ROMO

Dated:  December 23, 2024,    By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN, Assistant United States Attorney

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 8, 2025, at 1:00 p.m. is vacated and a change of plea be set for **March 10, 2025 at 8:30 am before the District Court Judge**.  The period through March 17, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **December 26, 2024**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE